# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 15, 2024

## NO. 03-24-00336-CV

**J. M. III and T. R., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY**
**AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the decree terminating parental rights signed by the trial court on May 1, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the decree. Therefore, the Court affirms the trial court's termination decree. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.